STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
AMANDA BONN (270891)
abonn@susmangodfrey.com
DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
RAVI DOSHI (297851)
rdoshi@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
Telephone:   (310) 789-3100
Facsimile:   (310) 789-3150

BROOKE TAYLOR (*pro hac vice* admitted)
btaylor@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone:   (206) 373-7380
Facsimile:   (206) 516-3883

Attorneys for Defendant Zillow, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN JOHNSON, an individual; REGINALD PETERSON, an individual; RYAN SEDA, an individual; JASON YOUSEPH, an individual; and MICHAEL KERR, an individual,<br><br>                    Plaintiff,<br>vs.<br><br>ZILLOW, INC., a Washington corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | SACV 14-01991 DOC (DFMx)<br><br>**DEFENDANT'S NOTICE OF PLAINTIFFS' NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6)**<br><br>Date: April 20, 2015<br>Time: 8:30 a.m.<br>Place: Courtroom 9D |

Defendants Notice of Plaintiffs Non-Opposition to
Motion to Dismiss Complaint                                          Case No. SACV 14-01991 DOC (DFMx)
3653674v1/014549

1    On March 23, 2015, Defendant Zillow, Inc. filed its motion to dismiss

2 Plaintiffs Stephen Johnson, Reginald Peterson, Ryan Seda, Jason Youseph, and

3 Michael Kerr's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

4 The motion is set for hearing on April 20, 2015. Pursuant to the Central District of

5 California's Local Rules, Plaintiffs were required to file their opposition to

6 Defendant's motion on or before March 30, 2015. *See* L.R. 7–9. Plaintiffs,

7 however, did not oppose Defendant's motion. While Plaintiffs' counsel has

8 indicated that Plaintiffs plan on voluntarily amending their Complaint, Defendant is

9 unaware when such amendment will be made or to what extent it will resolve the

10 legal deficiencies on which Defendant filed the present motion to dismiss.[1]

11    Should Plaintiffs not timely amend, pursuant to Local Rule 7–12, the Court

12 may deem Plaintiffs' failure to oppose as consent to the granting of Defendant's

13 motion. *See* L.R. 7–12. Based on the merits of Defendant's arguments in its motion

14 to dismiss, as well as Plaintiffs' non-opposition to such motion, the motion should

15 be granted.

17 Dated:  April 6, 2015                Respectfully submitted,

18                                      BROOKE A. M. TAYLOR
                                        STEVEN G. SKLAVER
19                                      AMANDA BONN
                                        DAVIDA BROOK
20                                      RAVI DOSHI
                                        SUSMAN GODFREY LLP
21

22

23                                      By: */s/ Amanda Bonn*
                                            Amanda Bonn

24                                      *Attorneys for Defendant Zillow, Inc.*

---

[1]  To the extent Plaintiffs do timely amend their Complaint, Defendant reserves all rights to move to dismiss the amended complaint on any legally available ground.